# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MARTIN, NICOLE § Case No. 15-11079
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $236,100.00　　　　　Assets Exempt: $16,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,253.25　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $2,587.93

Total Expenses of Administration: $417.75

3) Total gross receipts of $ 1,671.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,671.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 417.75 | 417.75 | 417.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,841.18 | 3,841.18 | 1,253.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,258.93 | $4,258.93 | $1,671.00 |

4) This case was originally filed under Chapter 7 on March 27, 2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2017          By: /s/Brian Audette
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Tax Refund | 1229-000 | 1,671.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,671.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 417.75 | 417.75 | 417.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$417.75** | **$417.75** | **$417.75** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 182.94 | 182.94 | 59.69 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 3,658.24 | 3,658.24 | 1,193.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,841.18 | $3,841.18 | $1,253.25 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11079  
**Case Name:** MARTIN, NICOLE  

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/12/15  

**Period Ending:** 02/14/17  
**Claims Bar Date:** 08/14/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 345 N. Canal Street, #307, Chicago, IL 60606<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 214,500.00 | 214,500.00 | | 0.00 | FA |
| 2 | Cash in wallet<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account US Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account countesy account with mother US<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Health Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 6 | Household furniture and electronics<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Employer 401K<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 Fed Tax Refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 550.00 | | 0.00 | FA |
| 10 | 2013 Tax Refunds<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 11 | 2012 Tax Refund (u) | 1,671.00 | 1,671.00 | | 1,671.00 | FA |
| **11** | **Assets  Totals** (Excluding unknown values) | **$237,771.00** | **$221,671.00** | | **$1,671.00** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-11079  
**Case Name:** MARTIN, NICOLE  

**Period Ending:** 02/14/17

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/12/15  
**Claims Bar Date:** 08/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TFR/Fee Application have been approved and filed.  Set for hearing on 12/28/16.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2016          **Current Projected Date Of Final Report (TFR):**     March 31, 2017

Printed: 02/14/2017 09:41 AM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-11079 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | MARTIN, NICOLE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0166 - Checking Account |
| Taxpayer ID #: | **-***0478 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/14/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/18/15 | {11} | US Bank | Remitter: Nicole Martin | 1229-000 | 1,671.00 | | 1,671.00 |
| 12/28/16 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $417.75, Trustee Compensation;  Reference: | 2100-000 | | 417.75 | 1,253.25 |
| 12/28/16 | 102 | American InfoSource LP as agent for | Dividend paid  32.62% on $182.94; Claim# 1; Filed: $182.94; Reference: | 7100-000 | | 59.69 | 1,193.56 |
| 12/28/16 | 103 | American Express Bank, FSB | Dividend paid  32.62% on $3,658.24; Claim# 2; Filed: $3,658.24; Reference: | 7100-000 | | 1,193.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,671.00 | 1,671.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,671.00 | 1,671.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,671.00** | **$1,671.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0166** | 1,671.00 | 1,671.00 | 0.00 |
| | **$1,671.00** | **$1,671.00** | **$0.00** |

{} Asset reference(s)

Printed: 02/14/2017 09:41 AM     V.13.28